# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE GUERRIERE TOWNSEND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; CBS BROADCASTING INC., a New York corporation; and INSIDE EDITION INC., a New York corporation,<br><br>Defendants. | Case No. 2:25-cv-04077-MRA-DFM<br><br>**ORDER GRANTING REQUEST TO EXTEND DEFENANTS' REPLY BRIEF DEADLINES [24]** |

On September 30, 2025, the Parties filed a Joint Stipulation to Extend Defendants' Reply Brief Deadlines for Pending Motions (Dkt. 24), in which they request a four-day extension of Defendants' deadlines to file reply briefs in support of their Special Motion to Strike (Dkt. 14), Motion to Dismiss (Dkt. 15), and Request for Judicial Notice (Dkt. 16). The Court, having considered the Parties' Stipulation and finding good cause

-1-

1  therefor, hereby GRANTS the Stipulation and ORDERS that Defendants' deadlines to file
2  reply briefs in support of their Special Motion to Strike (Dkt. 14), Motion to Dismiss (Dkt.
3  15), and Request for Judicial Notice (Dkt. 16) is extended to **October 14, 2025**.

5      IT IS SO ORDERED.

7  Dated: October 9, 2025
8                                    HON. MÓNICA RAMÍREZ ALMADANI
                                  UNITED STATES DISTRICT JUDGE