Desirée Townsend
2901 Ocean Park Blvd., Suite 201
Santa Monica, CA 90405
desiree@sparktrademarks.com

Plaintiff in *pro se*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DESIREE GUERRIERE TOWNSEND, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; CBS BROADCASTING INC., a New York corporation, and INSIDE EDITION INC., a New York corporation,<br><br>    Defendants. | Case No. 2:25-cv-04077-MRA-DFMx<br><br>Honorable Mónica Ramírez Almadani<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Desirée Townsend hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice in its entirety, with each party to bear their own attorney's fees and costs.

Dated: December 17, 2025

DESIRÉE TOWNSEND

By: _____
Desirée Townsend

Plaintiff in *pro se*